ELECTRONICALLY FILED - 2022 Aug 24 12:31 PM - BEAUFORT - COMMON PLEAS - CASE#2022CP0701615

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BEAUFORT ) | CASE NO.: |
| Victor Powers, ) | |
| Plaintiff, ) | |
| vs. ) | **SUMMONS** |
| Publix Supermarkets Inc; ) | |
| Defendant. ) | |

**TO THE DEFENDANT(S) ABOVE-NAMED:**

YOU ARE HEREBY SUMMONED AND REQUIRED to answer the Complaint in this action, of which a copy is herewith served upon you, and to serve a copy of your Answer to said Complaint on the below subscribed attorney at his office at 1544 Fording Island Road, Suite A Hilton Head South Carolina, 29926, within thirty (30) days after the service hereof exclusive of the day of such service; and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in this action.

MORGAN &MORGAN

BY s/ Lauren Carroway, Esq.
Lauren Heath Carroway
SC Bar Number 72588
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
(854) 222-6075

*Attorneys for Plaintiff*

ELECTRONICALLY FILED - 2022 Aug 24 12:31 PM - BEAUFORT - COMMON PLEAS - CASE#2022CP0701615

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF BEAUFORT ) | CASE NO.: |
| ) | |
| Victor Powers, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **COMPLAINT** |
| ) | |
| Publix Supermarkets Inc.; ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

The Plaintiff above-named, by and through the undersigned attorneys, alleges and shows as follows:

1. Plaintiff is a citizen and resident of Beaufort County. Plaintiff subjects himself to the jurisdiction of this Court by filing the present lawsuit.

2. Upon information and belief, Defendant Publix Supermarkets Inc. is a company organized and existing under the laws of some state(s) other than South Carolina but each of which regularly and routinely transacts business, performs contracts, and operates within South Carolina. Defendant is a business located and conducting business, and operating within South Carolina at the time of the incident which is the subject of this lawsuit. As such, Defendant owed a duty to search for, discover, warn against, and repair defective conditions at the property, such as the hazardous condition which is the subject of this lawsuit.

3. At all times relevant herein, all of Defendants' agents and employees were acting in the course and scope of employment.

4. On or about July 1, 2022, Plaintiff was an invitee, lawfully on property owned and maintained by Defendant, specifically Publix Supermarket located at 101 Buckwalter

ELECTRONICALLY FILED - 2022 Aug 24 12:31 PM - BEAUFORT - COMMON PLEAS - CASE#2022CP0701615

Place Blvd Bluffton, South Carolina 29910.

5. Plaintiff was a customer at above location. He was in the floral section and slipped on a puddle of water that was on the floor resulting in injuries and damages.

6. That Defendant knew, or should have known of the hazardous condition which caused Plaintiff's injuries, yet failed to take reasonable measures as a company, remedy and/or properly warn guests of the hazard.

7. That the injuries and damages sustained were directly and proximately caused by the following negligent, reckless, willful and grossly negligent acts of Defendant, all in violation of the statutes and common laws in the State of South Carolina, combining and concurring in:

   a. Failing to properly maintain the property in a reasonably safe condition;
   b. Failing to warn Plaintiff of the hazardous conditions of the property in question;
   c. Failing to adequately inspect the area around the floral section for the presence of the hazard;
   d. Failing to train and/or adequately training its employees to inspect and maintain the premise; and
   e. failing to follow its own corporate policies;
   f. failing to have polices in place to identify dangerous conditions
   e. Failing to use due care as a reasonable and prudent property manager, property owner, employee, and company should, under the circumstances then and there prevailing;

All of which were a violation of duties Defendant owed to the Plaintiff and other customers and invitees, and were the direct and proximate cause of the Plaintiff's injuries and damages as set forth more fully below, said acts being in violation of the laws of the State of South Carolina.

8. That as a direct and proximate result of the aforesaid negligent, reckless, willful, and grossly negligent acts of the Defendant, Plaintiff:

   a. Suffered and continues to suffer injuries and damages;

b. Incurred and will continue to incur medical expenses related to the injuries caused by the Defendant;
c. Suffered and continues to suffer physically and mentally;.
d. Suffered and continues to suffer mental anguish and emotional distress;
e. Suffered and continues to suffer a loss of enjoyment of life; and,
f. Suffered and continues to suffer other damages to be proven at trial;

**WHEREFORE**, the Plaintiff prays unto this Honorable Court as follows:

a. For a finding of liability as to the Defendant;

b. For an award of actual damages in an amount to be determined by the trier of fact;

c. For an award of punitive damages in an amount to be determined by the trier of fact;

d. For pre-judgment and post-judgment interest;

e. For a trial by jury; and,

f. For such other and further relief as this Court may deem just, equitable and proper

MORGAN &MORGAN

BY *s/ Lauren Carroway, Esq.*
 Lauren Heath Carroway
SC Bar Number 72588
1544 Fording Island Road, Suite A
Hilton Head, South Carolina
(854) 222-6075

*Attorneys for Plaintiff*

Dated: August 24, 2022



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

| | |
|---|---|
| Publix Super Markets, Inc.<br>Merriann Metz General Counsel & Secretary<br>Publix Super Markets Inc.<br>3300 Publix Corporate Parkway<br>Lakeland FL 33811 | 08/29/2022 |

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2022-6725

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:**<br>**Entity Served If Different:** | Publix Super Markets, Inc.<br>Publix Supermarkets, Inc. |
| 2. | **Title of Action:** | Victor Powers vs. Publix Supermarkets, Inc. |
| 3. | **Document(s) Served:** | Summons<br>Complaint |
| 4. | **Court/Agency:** | Beaufort County Common Pleas Court |
| 5. | **State Served:** | South Carolina |
| 6. | **Case Number:** | 2022CP0701615 |
| 7. | **Case Type:** | Negligence/Personal Injury |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Monday 08/29/2022 |
| 10. | **Date to Client:** | Monday 08/29/2022 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 30<br>Wednesday 09/28/2022 — **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Lauren Heath Carroway, Esq.<br>Hilton Head, SC<br>854-222-6075 |
| 13. | **Shipped To Client By:** | Regular Mail and Email with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 411 |
| 16. | **Notes:** | |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

## AFFIDAVIT OF SERVICE

**State of South Carolina**          **County of Beaufort**          **Common Pleas Court**

Case Number: 2022-CP-07-01615

Plaintiff:
**Victor Powers**

vs.

Defendant:
**Publix Supermarkets, Inc.**

Received by FALCON EXPRESS SERVICES, LLC to be served on **Publix Supermarkets, Inc. c/o Corporate Creations Network, Inc. as Registered Agent, 6650 Rivers Avenue, North Charleston, SC 29406**.

I, Margaret B. Buchanan, being duly sworn, depose and say that on the **29th day of August, 2022** at **11:11 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS and COMPLAINT** to: **Corporate Creations Network, Inc.** as **Registered Agent** for **Publix Supermarkets, Inc.**, accepted by **Amy Overcash** as **Administrative Assistant** at the address of: **6650 Rivers Avenue, North Charleston, SC 29406**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: U/K, Weight: U/K, Hair: Blonde, Glasses: Y

Is the place of service the dwelling / usual place of abode for the party served? ( ) Yes ( X ) No ( ) Unknown

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __29__ day of __August__, __2022__ by the affiant who is personally known to me.

NOTARY PUBLIC
My Commission Expires: __11/24/23__

Margaret B. Buchanan
Process Server

FALCON EXPRESS SERVICES, LLC
P.O. Box 874
Charleston, SC 29402-0874
(843) 577-9696

Our Job Serial Number: FES-2022005392

